## M'Gourch *vs.* Armstrong.

HENRY moved for an attachment againft the fheriff of Montgomery, on a rule taken by him in vacation to bring in the body by the fecond day of term :   But it appeared that notice of fuch rule had not been ferved twenty days.

*Per Curiam.*   Although the printed rules do not reach the cafe, the fheriff muft have twenty days at leaft after fervice of the notice.   Let the plaintiff take nothing by his motion.